# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Todd Curtis Myers,                  Civil No. 09-528 (RHK/JJK)

        Plaintiff,                        **ORDER**

v.

Anoka County Sheriff, Officer Schroder,
Nursing Staff, and Dr. on Call,

        Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated November 13, 2009. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 48) is **ADOPTED**;

2. The Motion to Dismiss brought by Anoka County Sheriff Bruce Andersohn, pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. No. 19), is **GRANTED**; and

3. The claims against Defendant Anoka County Sheriff Bruce Andersohn are **DISMISSED WITH PREJUDICE**.

Date: December 8, 2009

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge