**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Todd Curtis Myers,                                                      Civil No. 09-528 (RHK/JJK)

            Plaintiff,                                               **ORDER**

v.

Anoka County Sheriff, Officer Schroeder,
Nursing Staff, and Dr. on Call,

            Defendants.

---

       Before the Court are Plaintiff's Objection to the June 4, 2010 Report and Recommendation of Magistrate Judge Jeffrey J. Keyes; Judge Keyes has recommended that Plaintiff's claims against Defendant Schroeder be dismissed with prejudice, his claims against "Nurseing [sic] Staff" and "Dr. on Call" be dismissed without prejudice and the action be dismissed.

       The Court has conducted a de novo review of the Report and Recommendation of Judge Keyes and Plaintiff's Objections therein. That review satisfies the undersigned that Judge Keyes' recommended disposition is fully supported by the record before him and applicable legal principles.

       Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

       1. Plaintiff's Objections (Doc. No. 67) are **OVERRULED**;

       2. The Report and Recommendation (Doc. No. 66) is **ADOPTED**;

3. Defendant Schroder's Motion for Summary Judgment (Doc. No. 52) is **GRANTED**;

4. Plaintiff's claims against Defendant Schroeder are **DISMISSED WITH PREJUDICE**;

5. Plaintiff's claims against Defendants "Nurseing [sic] Staff" and "Dr. on Call," are **DISMISSED WITHOUT PREJUDICE**, pursuant to Fed. R. Civ. P. 4(m); and

6. This action is **DISMISSED** and **CLOSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: July 14, 2010

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge